# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700208**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## THOMAS W. COOK
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Brian E. Kasprzyk, USMCR.
Convening Authority: Commanding Officer, Marine Corps
Communication-Electronics School, Training Command, Twentynine
Palms, CA.
Staff Judge Advocate's Recommendation: Captain Jeffrey H. Palmer,
USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 21 September 2017

———————————————

Before HUTCHISON, FULTON, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court